◈ PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Connecticut

U.S.A. vs. Zulma Matos          Docket No. 3:06CR00120(SRU)

## Petition for Action on Conditions of Pretrial Release

COMES NOW __Nicole A. Owens__, United States Probation Officer, presenting an official report upon the conduct of defendant __Zulma Matos__, who was placed under pretrial release supervision by the Honorable __William I. Garfinkel, USMJ__, sitting in the court at __Bridgeport, Connecticut__ on the __21st__ date of __September__, __2006__ under the following conditions:

The defendant shall 1) execute a $250,000 bond secured by real property owned by Michael Garrett who will co-sign the bond and serve as a third party custodian; 2) have her travel restricted to Connecticut; 3) report to Probation as directed; 4) submit to drug testing/counseling at the discretion of probation; 5) refrain from the possession of a firearm; 6) refrain from any use of alcohol; 7) surrender any passport; and 8) submit to electronic monitoring subject to home confinement.

On September 21, 2006, the defendant entered a guilty plea.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short, insert here. If lengthy, write on separate sheet and attach.)

On November 1, 2006, the Probation Office was notified by Regional Substance Abuse Treatment Center that the defendant had been hospitalized as a result of clogged fallopian tubes and a ovarian cyst. On November 2, 2006, the Probation Office was notified that the defendant would have to undergo emergency surgery on November 3, 2006. As noted above the defendant has an electronic monitoring condition. Before the surgery can be preformed the electronic bracelet must be removed. As a result the Probation Office will remove the bracelet until November 6, 2006.

PRAYING THAT THE COURT WILL ORDER the defendant's bond modified to remove the electronic

ORDER OF COURT

Considered and ordered this __3rd__ day of __November__, 20__06__ and ordered filed and made a part of the records in the above case.

_____
The Honorable Stefan R. Underhill
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 2, 2006__

_____
Nicole A. Owens
U.S. Probation Officer

Place __Bridgeport, Connecticut__